# MINUTE ORDER

Page 6

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor       Date: 9/19/25    Time: 2:00 p.m.

Defendant: Francisco Ramon Pelaez Luengas   J#: 55902-511   Case #: 25-CR-20392-GAYLES/SHAW-WILDER

AUSA: Roger Cruz   Attorney:

Violation: International Conspiracy to Distribute Cocaine. Conspiracy to PWID Cocaine on Board a Vessel.   Surr/Arrest Date: 09/18/25   YOB: 1992

Proceeding: Initial Appearance / Arraignment   CJA Appt: Atty Gonzalez covering for Philip Robert Horowitz, Esq.

Bond/PTD Held: ◯ Yes ●No   Recommended Bond:

Bond Set at: STIP-Pretrial Detention   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition: Defendant advised of rights and charges; Deft. sworn.

☑ Ore tenus request for Court Appointed Counsel - GRANTED CJA Counsel - Horowitz is appointed based on representation in another related case # 25CR20033.

Parties Stipulate to Pretrial Detention

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned
☑ Ore tenus request for entry of Standing Discovery order - GRANTED
BRADY order Given

NEXT COURT APPEARANCE   Date:   Time:   Judge:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:21:28, 4:57:18   Time in Court: 14 minutes

s/Eduardo I. Sanchez            Magistrate Judge